IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No.  3:26-cr-22 |
| SCOTT ALEXANDER RASKI, a/k/a MCNASTY | Violation: 18 U.S.C. §§ 1513(b)(2) and 2 |

**Retaliating Against a Witness, Victim, or Informant by Physical Force or Threat**

The Grand Jury Charges:

In or about August 2023, in the District of North Dakota, and elsewhere,

SCOTT ALEXANDER RASKI, a/k/a MCNASTY,

individually, and by aiding and abetting, knowingly engaged in and attempted to engage in conduct which caused bodily injury to another person, with intent to retaliate against any person for information given by F.D. to a law enforcement officer relating to the commission of a federal offense, namely, the offense charged in <u>United States v. Scott Alexander Raski et al</u>, Case No. 3:22-cr-00159 (D.N.D.);

In violation of Title 18, United States Code, Section 1513(b)(2) and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney

DMD/vlt